UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>                     Defendants. | Case No. 1:22-CV-07473-JGK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Slater Brennan, et. al., Plaintiff(s)
vs.
Latch, Inc. fka TS Innovations Acquisitions Corp., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  163084-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Latch, Inc., fka TS Innovation Acquisitions Corp c/o URS Agents, LLC

Court Case No. 1:22-cv-07473-JGK

GLANCY, PRONGAY, ET AL
Mr. Paul Harrigan
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: Delaware ) ss.
County of: Kent )

**Name of Server:** Robert DeLacy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20 day of September, 20 22, at 11:40 o'clock A M

**Place of Service:** at 614 N. Dupont Highway, Suite 210, in Dover, DE 19901

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint and Civil Cover Sheet

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Latch, Inc., fka TS Innovation Acquisitions Corp c/o URS Agents, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Nathan Olinger, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Caucasian ; Hair Color Black ; Facial Hair n/a
Approx. Age 40 ; Approx. Height 5'10 ; Approx. Weight 260 lbs

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Signature of Server*

**APS International, Ltd.**

Subscribed and sworn to before me this 20 day of Sept, 20 22

Notary Public                    (Commission Expires)

[Notary Seal: GEORGE H COVERT, MY COMMISSION EXPIRES Feb. 13, 2026, NOTARY PUBLIC STATE OF DELAWARE]

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 22, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2022, at New York, New York.

By: */s/ Gregory B. Linkh*
**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Counsel for Plaintiff Slater Brennan*