UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLATER BRENNAN,

                Plaintiff,        22-cv-07473 (JGK)

     - against -          ORDER

LATCH, INC., ET AL.,

                Defendants.

    The summons and complaint were served on defendant Latch, Inc. on September 20, 2022. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time to answer was October 11, 2022.

    The time for defendant Latch, Inc. to respond to the complaint is extended to **November 2, 2022**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           October 19, 2022

                                            John G. Koeltl
                                      United States District Judge