UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,<br><br>Defendants. | Case No.: 1:22-cv-07473 (JGK) (GWG) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Latch, Inc. f/k/a TS Innovation Acquisitions Corp., by and through its undersigned counsel, certifies that it is a publicly traded company, that it has no parent corporation, and that, to the best of its knowledge, no publicly-held corporation owns 10% or more of its stock.

Dated: October 31, 2022
      New York, New York

**LATHAM & WATKINS LLP**

/s/ *Jessica L. Bengels*
Jessica L. Bengels
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
Email: jessica.bengels@lw.com

Michele D. Johnson (*pro hac vice* forthcoming)
Kristin N. Murphy (*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714-755-1235

Email: michele.johnson@lw.com
kristin.murphy@lw.com

Colleen C. Smith (*pro hac vice* forthcoming)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Email: colleen.smith@lw.com

*Attorneys for Defendant Latch, Inc. f/k/a TS Innovation Acquisitions Corp.*