UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>　　　　　Defendants. | Case No. 1:22-cv-07473 |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered Movant Kenneth Grutman's Motion for Appointment of Lead Plaintiff and Approval of Proposed Lead Plaintiff's Choice of Lead Counsel,

IT IS HEREBY ORDERED THAT:

1.　　Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), class member and Movant Kenneth Grutman is appointed to serve as Lead Plaintiff for the Class of purchasers of Latch, Inc. securities during the period from May 13, 2021 through and including August 25, 2022 (the "Class Period").

2.　　The law firm of Federman & Sherwood is approved as plaintiffs' Lead Counsel. Lead Counsel shall supervise the activities of all plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

1

    a. To brief and argue motions;

    b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

    c. To direct and coordinate the examination of witnesses in depositions;

    d. To act as spokesperson at pretrial conferences;

    e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. To initiate and exclusively conduct settlement negotiations with counsel for defendants;

    g. To serve as trial counsel in any trial or hearing in this matter;

    h. To provide coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    i. To consult with and employ experts;

    j. To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

    k. To perform such other duties as may be expressly authorized by further order of this Court.

  3. Counsel in any related action that is consolidated with this Action shall be bound by this Order and this organization of plaintiffs' counsel.

  4. A new complaint shall be filed by Lead Plaintiff and Lead Counsel within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

DATED:                    _____
                           UNITED STATES DISTRICT JUDGE