**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | Case No. 1:22-cv-07473-JGK |

**[PROPOSED] ORDER**

Having considered the Latch Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints the Latch Investor Group as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Johnson Fistel, LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2022        _____
                                              HON. JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE