UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | Case No. 1:22-cv-07473 |

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF MOVANT KENNETH GRUTMAN'S MOTION AND MEMORANDUM IN SUPPORT OF APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, William B. Federman, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to the Bars of the states of Oklahoma and New York and the United States District Court for the Southern District of New York. I am a member of the law firm Federman & Sherwood, counsel for class member and movant Kenneth Grutman ("Movant") in the above referenced action. I submit this declaration in support of the Motion of Movant Kenneth Grutman to Appoint Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Certification of Investment of Kenneth Grutman.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Economic Loss Analysis for Movant Kenneth Grutman's transactions in Latch, Inc. ("Latch" or the "Company") securities.

4. Attached hereto as Exhibit 3 is a true and correct copy of the *Business Wire* publication issued by Glancy Prongay & Murray LLP announcing that a securities class action suit had been filed against Latch.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume for Federman & Sherwood.

Dated: October 31, 2022                               Respectfully submitted,

/s/William B. Federman
William B. Federman (WF9124)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

*Counsel for Movant Kenneth Grutman*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *William B. Federman*
William B. Federman