# EXHIBIT 3

**Latch, Inc. f/k/a TS Innovation Acquisitions Corp. Loss Chart**
**between May 13, 2021 and August 25, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **VB PTC Establishment as** | 9/28/2021 | 6,884 | ($12.77) | ($87,908.68) | 10/6/2022 | 50,000 | $0.94 | $47,000.00 | | | |
| **Trustee of Gersec Trust** | 9/28/2021 | 13,446 | ($12.77) | ($171,705.42) | 10/21/2022 | 20,330 | $0.95425 | $19,399.90 | | | |
| | 7/7/2022 | 1,505 | ($1.25) | ($1,881.25) | | | | | | | |
| | 7/12/2022 | 48,495 | ($1.249979) | ($60,617.73) | | | | | | | |
| | | **70,330** | | **($322,113.08)** | | **70,330** | | **$66,399.90** | | | **($255,713.18)** |