UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,<br><br>  Defendants. | Case No.: 1:22-cv-07473 (JGK) (GWG) |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Plaintiff Slater Brennan ("Plaintiff") and Defendant Latch, Inc. f/k/a TS Innovation Acquisitions Corp. ("Latch") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 31, 2022, Plaintiff filed a complaint captioned *Brennan v. Latch Inc. f/k/a TS Innovation Acquisitions Corp.*, No. 1:22-cv-07473 (JGK) (the "Complaint," ECF No. 1), a putative class action arising under the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, Section 21D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), requires a plaintiff to cause public notice to be published within twenty (20) days of filing a putative class action that arises under the PSLRA, which notice Plaintiff caused to be published on August 31, 2022;

WHEREAS, motions for appointment of lead plaintiff and lead counsel pursuant to Section 21D of the PSLRA will be filed with the Court on or before October 31, 2022 (within sixty (60) days after notice was published to the putative class);

WHEREAS, Defendant Latch was served with the summons and Complaint on September 20, 2022 (ECF No. 5);

WHEREAS, the Court ordered Defendant Latch to respond to the Complaint by November 2, 2022 (ECF No. 6);

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint that will supersede the Complaint;

WHEREAS, the this is the first request for an extension of time made by either Party; and

WHEREAS, the Parties agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendant should not respond to the Complaint but rather, should withhold responding to this action until after (i) the

1

Court has appointed lead plaintiff and lead counsel, and (ii) the lead plaintiff has filed an amended complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, and subject to the Court's approval, that:

1. Latch need not respond to the Complaint.

2. Within fourteen days of entry of an Order appointing lead plaintiff and approving lead counsel, Lead Counsel and counsel for Latch shall meet and confer and submit a proposed schedule for the filing of an amended complaint and for Latch's response thereto.

IT IS SO STIPULATED AND AGREED TO THIS 31st DAY OF OCTOBER, 2022.

**LATHAM & WATKINS LLP**

By: ___*Jessica L. Bengels*___
Jessica L. Bengels
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
Email: jessica.bengels@lw.com

Michele D. Johnson (*pro hac vice* forthcoming)
Kristin N. Murphy (*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714-755-1235
Email: michele.johnson@lw.com
          kristin.murphy@lw.com

Colleen C. Smith (*pro hac vice* forthcoming)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Email: colleen.smith@lw.com

*Attorneys for Defendant Latch, Inc. f/k/a TS Innovation Acquisitions Corp.*

2

**GLANCY PRONGAY & MURRAY LLP**[1]

By: _Gregory B. Linkh_
Gregory B. Linkh
230 Park Ave., Suite 358
New York, NY 10169
Telephone: 212-682-5340
Facsimile: 212-884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: 310-914-5007

*Attorneys for Plaintiff Slater Brennan*

SO ORDERED:

_____, U.S.D.J.
Judge John G. Koeltl

10/31/22

---

[1] Per Southern District of New York Electronic Case Filing Rules & Instructions, Filing Rule 8.5, counsel for Slater Brennan consents to electronic signature.

3