UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-07473-JGK<br><br>Hon. John G. Koeltl |

## NOTICE OF NON-OPPOSITION OF ALAN BISHOP TO COMPETING LEAD PLAINTIFF MOTIONS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alan Bishop ("Movant") respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned action (the "Action"). On October 31, 2022, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that he suffered approximately $19,037.24 in financial losses in connection with his purchase of Latch, Inc. ("Latch" or the "Company") f/k/a TS Innovation Acquisitions Corp. ("TSIA") securities between May 13, 2021 and August 25, 2022, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting

papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: November 10, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Alan Bishop*