# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | Case No.: 1:22-cv-07473-JGK |

## NOTICE OF NON-OPPOSITION OF MOVANT KENNETH GRUTMAN

Movant Kenneth Grutman ("Movant" or "Grutman") timely filed a motion to appoint Movant as Lead Plaintiff and his counsel as Lead Counsel (Dkt. No. 16). Four other competing motions were filed. (Dkt. Nos. 9, 13, 18, 23). The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Having reviewed the competing motions and supporting papers filed by the other movants seeking appointment as lead plaintiff, it appears that VB PTC Establishment as Trustee of Gersec Trust ("VB PTC Establishment") has the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Grutman does not oppose VB PTC Establishment's lead plaintiff motion. (Dkt. No. 18). Grutman, however, opposes the motion filed by movants Stephen Lind, Adam

Gotterer, and Joseph Jackino (the "Latch Investor Group") (Dkt. No. 13) as they assert a smaller financial interest than Grutman's financial interest.[1]

Should the Court decline to appoint VB PTC Establishment as Lead Plaintiff for any reason, Grutman remains able and willing to serve as the Lead Plaintiff or class representative in this litigation. This notice of non-opposition shall not have any impact on Grutman's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: November 14, 2022          Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (WF9124)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: Wbf@federmanlaw.com

*Counsel for Movant Kenneth Grutman*

### CERTIFICATE OF SERVICE

This is to certify that on November 14, 2022, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

*/s/ William B. Federman*
William B. Federman

---

[1] Recognizing that they did not have the largest financial interest under the PSLRA, movants Alan Bishop and Elizabeth Torres, on November 10, 2022 and November 11, 2022, respectively, filed notices of non-opposition to the competing lead plaintiff motions. (Dkt. Nos. 28, 29).