UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | Case No. 1:22-cv-07473-JGK |

**THE LATCH INVESTOR GROUP'S NOTICE OF NON-OPPOSITION TO VB PTC ESTABLISHMENT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF COUNSEL</u>**

Stephen Lind, Adam Gotterer, and Joseph Jackino (the "Latch Investor Group") filed a timely motion for appointment as lead plaintiff and approval of its selection of counsel. Dkt. No. 13. Four similar motions were filed by other putative class members in this action. Dkt. Nos. 9, 16, 18, 23.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that the Latch Investor Group does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, the Latch Investor Group does not oppose the lead plaintiff motion VB PTC Establishment, which appears to have the largest financial interest. *See* Dkt. No. 22-3.

However, if the Court determines that VB PTC Establishment is incapable or inadequate to represent the class in this litigation, the Latch Investor Group remains willing and able to serve as lead plaintiff or as a class representative. By this notice of non-opposition, the Latch Investor Group members do not waive their rights to participate and recover as class members in this litigation.

Respectfully submitted,

DATED: November 14, 2022

**GLANCY PRONGAY & MURRAY LLP**

By: ___/s/ Gregory B. Linkh___
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, Georgia 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
Email: michaelf@johnsonfistel.com

*Counsel for the Latch Investor Group and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 14, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2022, at New York, New York.

                                                                      */s/ Gregory B. Linkh*
                                                                       Gregory B. Linkh