**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | CASE No.: 1:22-cv-07473-JGK<br><br>**NOTICE OF NON-OPPOSITION TO THE MOTION OF VB PTC ESTABLISHMENT AS TRUSTEE OF GERSEC TRUST TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 18)**<br><br><u>**CLASS ACTION**</u> |

Movant VB PTC Establishment as Trustee of Gersec Trust ("Movant" or "VB PTC Establishment") respectfully submits this Notice of Non-Opposition to its Motion to: (1) Appoint Lead Plaintiff; and (2) Approve Lead Plaintiff's Selection of Counsel, filed on October 31, 2022. (Dkt. No. 18).

Four competing motions were filed in this action by: (i) Alan Bishop (Dkt. No. 9); (ii) the Latch Investor Group, comprised of Stephen Lind, Adam Gotterer, and Joseph Jackino (Dkt. No.

13); (iii) Kenneth Grutman (Dkt. No. 16); and (iv) Elizabeth Torres (Dkt. No. 23). Each of the competing movants filed notices of non-opposition conceding that they did not have the largest financial interest as contemplated under the Private Securities Litigation Reform Act of 1995 ("PSLRA") (Dkt. Nos. 28, 29, 30, 31).[1]

The November 14, 2022 deadline to file any opposition has passed and no opposition to VB PTC Establishment's motion was filed. Accordingly, Movant's motion is unopposed. Thus, VB PTC Establishment respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff of the Class; and (2) approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel. The [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel, filed as docket number 21, reflects these requests.

Dated: November 15, 2022              Respectfully submitted,

                                      **THE ROSEN LAW FIRM, P.A.**

                                      /s/ Phillip Kim
                                      Phillip Kim, Esq. (PK 9384)
                                      Laurence M. Rosen, Esq. (LR 5733)
                                      275 Madison Avenue, 40th Floor
                                      New York, New York 10016
                                      Telephone: (212) 686-1060
                                      Fax: (212) 202-3827
                                      Email: pkim@rosenlegal.com
                                      Email: lrosen@rosenlegal.com

                                      *[Proposed] Lead Counsel for Lead Plaintiff
                                      and Class*

                                      **THE SCHALL LAW FIRM**
                                      Brian Schall, Esq.
                                      2049 Century Park East, Suite 2460

---

[1] Mr. Grutman and the Latch Investor Group both recognized that VB PTC Establishment has the largest financial interest pursuant to the PSLRA.

Los Angeles, CA 90067  
Telephone: (310) 301-3335  
Fax: (213) 519-5876  
Email: brian@schallfirm.com

*Additional Counsel for Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim