```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------
SLATER BRENNAN,

                    Plaintiff,           22-cv-07473 (JGK)

      - against -                 ORDER

LATCH, INC., ET AL.,

                  Defendants.
-----------------------------------------------------------------

     The movants are directed to submit courtesy copies, in paper form, of all papers filed in connection with their respective motions for the appointment of lead plaintiff and lead counsel. Each movant should submit their own motion, along with supporting documents and declarations, any notice of non-opposition, and any other docketed papers related to the movant's motion.

     The summons and complaint in this action were served on defendant Latch, Inc. on September 20, 2022. To date, the docket shows that the other defendants named in the complaint -- Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer -- have not been served. The time for the plaintiff to serve these defendants is extended to **January 13, 2023.**

SO ORDERED.

Dated:    New York, New York
            December 7, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge