AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated, )<br>*Plaintiff* )<br>v. )<br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., et al )<br>*Defendant* ) | Case No. 1:22-cv-07473-JGK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant VB PTC Establishment as Trustee of Gersec Trust.

Date: 12/7/22

/s/ Jacob A. Goldberg
*Attorney's signature*

Jacob A. Goldberg/ No. 5703061
*Printed name and bar number*

The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
*Address*

jgoldberg@rosenlegal.com
*E-mail address*

215-600-2817
*Telephone number*

212-202-3827
*FAX number*