UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,<br><br>      Defendants. | Case No.: 1:22-cv-07473 (JGK) (GWG)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer, in the above-captioned action:

                      Adam Shamah
                      LATHAM & WATKINS LLP
                      1271 Avenue of the Americas
                      New York, NY 10020
                      Telephone: 212-906-1200
                      Facsimile: 212-751-4864
                      Email: adam.shamah@lw.com

| | |
|---|---|
| Dated: January 5, 2023<br>New York, New York | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Adam Shamah<br>Adam Shamah<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-906-1200<br>Facsimile: 212-751-4864<br>Email: adam.shamah@lw.com<br><br>*Attorneys for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer* |