AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated, *Plaintiff* v. LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., et al *Defendant* | ) ) ) ) Case No. 1:22-cv-07473-JGK ) ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant VB PTC Establishment as Trustee of Gersec Trust.

Date: 01/06/2023

/s/ Leah Heifetz-Li
*Attorney's signature*

Leah Heifetz-Li/ No. 4855375
*Printed name and bar number*

The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
*Address*

lheifetz@rosenlegal.com
*E-mail address*

215-600-2817
*Telephone number*

212-202-3827
*FAX number*