UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLATER BRENNAN,

                        Plaintiff,              22-cv-07473 (JGK)

            - against -                         ORDER

LATCH, INC., ET AL.,

                        Defendants.

    As discussed at the conference held today, the parties are

advised that the Court's niece is an equity partner at Latham &

Watkins, but she has not and will not share in any income from

this case. Nothing about this has affected or will affect

anything the Court does in this case.

SO ORDERED.

Dated:    New York, New York
          January 6, 2023

                                        _____
                                              John G. Koeltl
                                        United States District Judge