UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLATER BRENNAN,

                Plaintiff,         22-cv-07473 (JGK)

     - against -                ORDER

LATCH, INC., ET AL.,

                Defendants.

---

The parties and movants are directed to appear, by phone, for a conference in connection with the various motions for the appointment of lead plaintiff and lead counsel on **January 17, 2023**, at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            January 9, 2023

                                                John G. Koeltl
                                      United States District Judge