```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SLATER BRENNAN,

                Plaintiff,

    - against -

LATCH, INC., et al.,

                Defendants.

22-cv-7473 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **January 23, 2023 at 4:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
             January 19, 2023

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge