

**INVESTOR COUNSEL**

Jacob A. Goldberg, Esq.<br>jgoldberg@rosenlegal.com

September 29, 2023

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Brennan v. Latch, Inc. f/k/a TS Innovation Acquisitions Corp.*
        No. 1:22-cv-07473-JGK-GWG

Dear Judge Koeltl:

We represent Lead Plaintiff VB PTC Establishment as Trustee of Gersec Trust ("Gersec Trust" or "Lead Plaintiff") in this securities class action. We write to update the Court on the status of Latch's restatement.

On January 31, 2023, the Court endorsed Lead Plaintiff's request, establishing a deadline for filing the amended complaint twenty-one (21) days after Latch restated its class period financial results. (Dkt. No. 47). Pursuant to Lead Plaintiff's March 30, 2023, letter (Dkt. No. 48) and the Court's Order thereon (Dkt. No. 49), on May 24, 2023, Lead Plaintiff updated the Court on Latch's anticipated restatement. (Dkt. No. 50). At that time, Latch stated in a press release that it "intend[ed] . . . on or before August 4, 2023, [to file with the SEC] (i) the Annual Report, within which the Company expects to include restated financial statements for each of the Affected Periods, (ii) the 2022 Quarterly Reports, and (iii) the First Quarter 2023 Report."

On August 1, 2023, however, Latch issued a press release, stating, "the company does not anticipate regaining compliance with its periodic filing obligations on or before its August 4, 2023, deadline due to unexpected delays in the ongoing restatement of its historical financial statements."

Subsequently, on August 10, 2023, Latch disclosed that Nasdaq had suspended trading of its common stock and had commenced delisting proceedings for Latch's failure to regain compliance with its periodic filing obligations. On September 22, 2023, Latch reported that its share price had fallen below Nasdaq's minimum bid price requirement. Latch has until March 18, 2024, to regain compliance.

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: 215-600-2817 ♦ FAX: 212-202-3827**

Reserving all rights to seek leave to amend if and when Latch restates its financial results, Lead Plaintiff intends to file an amended complaint by October 20, 2023, twenty-one days from filing this letter.

If the Court has any questions, we stand ready to answer.

Respectfully,

/s/ *Jacob A. Goldberg*

Jacob A. Goldberg

cc:   All counsel of record (via ECF)

2

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: 215-600-2817 ♦ FAX: 212-202-3827**