UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,<br><br>Defendants. | Case No.: 1:22-cv-07473-JGK |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Lead Plaintiff") and Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants," and, together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 31, 2022, plaintiff Slater Brennan filed a complaint captioned *Brennan v. Latch Inc. f/k/a TS Innovation Acquisitions Corp.*, No. 1:22-cv-07473 (JGK) (the "Complaint," ECF No. 1), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, on October 31, 2022, Lead Plaintiff moved the Court for an order (i) appointing it to serve as lead plaintiff in this action, and (ii) appointing Lead Plaintiff's selection of counsel as lead counsel for the putative class ("Motion") (ECF No. 18);

WHEREAS, on January 17, 2023, the Court issued an order granting the Motion (ECF No. 44);

WHEREAS, the Parties conferred on a proposed briefing schedule for any amended complaint and Defendants' response thereto, and Lead Plaintiff submitted periodic status updates to the Court regarding the Parties' discussions and Lead Plaintiff's intention to amend the Complaint;

WHEREAS, on October 20, 2023, Lead Plaintiff filed an amended complaint asserting claims against Defendants under Sections 10(b) and 20(a) of the Exchange Act ("Amended Complaint") (ECF No. 55);

WHEREAS, Defendants' response to the Amended Complaint is due on November 3, 2023;

WHEREAS, the Parties agree that Defendants should not respond to the Amended Complaint by this time but should instead submit a pre-motion conference letter pursuant to Rule II.B. of the Court's Individual Practices addressing their anticipated motion to dismiss the Amended Complaint;

WHEREAS, this is the first request for an extension of time to respond to the Amended Complaint made by any Defendant;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the Parties, that the Court enter the following proposed schedule:

1. Defendants shall file a dismissal pre-motion conference letter pursuant to Rule II.B. of the Court's Individual Practices by November 21, 2023;

2. Lead Plaintiff shall file any opposition to Defendants' pre-motion conference letter by December 15, 2023;

3. If a motion to dismiss is required, the Parties shall meet and confer and submit a proposed briefing schedule within seven days of the Court's order.

4. The Parties reserve all rights. For the avoidance of doubt, Defendants' defenses under Rule 12 are preserved until such time they are required to answer, move, or otherwise respond to the Amended Complaint.

IT IS SO STIPULATED AND AGREED TO THIS 31st day of October, 2023.

| THE ROSEN LAW FIRM, P.A. [1] | LATHAM & WATKINS LLP |
|---|---|
| By: /s/ Jacob A. Goldberg | By: /s/ Kristin N. Murphy |
| | Kristin N. Murphy (*pro hac vice*) |
| Jacob A. Goldberg | Michele D. Johnson (*pro hac vice* forthcoming) |
| Leah Heifetz-Li | 650 Town Center Drive, 20th Floor |
| 101 Greenwood Avenue | Costa Mesa, CA 92626-1925 |
| Suite 440 | Tel: (714) 755-1235 |
| Jenkintown, PA 19046 | Fax: (714) 755-8290 |
| Tel: (215) 600-2817 | Email: michele.johnson@lw.com |
| Fax: (212) 202-3827 |        kristin.murphy@lw.com |
| Email: jgoldberg@rosenlegal.com | |
|       lheifetz@rosenlegal.com | Colleen C. Smith (*pro hac vice* forthcoming) |
| | 12670 High Bluff Drive |
| *Attorneys for Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust* | San Diego, CA 92130 |
| | Tel: (858) 523-5400 |
| | Fax: (858) 523-5450 |
| | Email: colleen.smith@lw.com |
| | |
| | *Attorneys for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer* |

SO ORDERED:

_____
Hon. Judge John G. Koeltl

---

[1] Per Southern District of New York Electronic Case Filing Rules & Instructions, Filing Rule 8.5, counsel for Slater Brennan consents to electronic signature.