UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VB PTC ESTABLISHMENT AS TRUSTEE OF
GERSEC TRUST, ET AL.,                          22-cv-7473 (JGK)

                           Plaintiffs,            ORDER

           - against -

LATCH, INC., ET AL.,

                        Defendants.

---

JOHN G. KOELTL, District Judge:

The parties should file a stipulation with respect to the upcoming schedule for the prospective motion to dismiss and any further amended complaint and subsequent pleadings by **November 14, 2023.**

SO ORDERED.

Dated:    New York, New York
           November 7, 2023

                                  John G. Koeltl
                        United States District Judge