UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,

    Defendants.

Case No.: 1:22-cv-07473-JGK

---

## JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

Lead Plaintiff VB PTC Establishment as Trustee of Gersec Trust ("Lead Plaintiff") and Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants," and, together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 31, 2022, plaintiff Slater Brennan filed a complaint captioned *Brennan v. Latch Inc. f/k/a TS Innovation Acquisitions Corp.*, No. 1:22-cv-07473 (JGK) (the "Complaint," ECF No. 1), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, on October 31, 2022, Lead Plaintiff moved the Court for an order (i) appointing it to serve as lead plaintiff in this action, and (ii) appointing Lead Plaintiff's selection of counsel as lead counsel for the putative class ("Motion") (ECF No. 18);

1

WHEREAS, on January 17, 2023, the Court issued an order granting the Motion (ECF No. 44);

WHEREAS, the Parties conferred on a proposed briefing schedule for any amended complaint and Defendants' response thereto, and Lead Plaintiff submitted periodic status updates to the Court regarding the Parties' discussions and Lead Plaintiff's intention to amend the Complaint;

WHEREAS, on October 24, 2023, Lead Plaintiff filed an amended complaint asserting claims against Defendants under Sections 10(b) and 20(a) of the Exchange Act ("Amended Complaint") (ECF No. 55);

WHEREAS, on October 31, 2023, the Parties filed a joint stipulation proposing a dismissal pre-motion conference letter briefing schedule;

WHEREAS, on November 7, 2023, the Court held a pre-motion conference and directed the parties to file a stipulation with respect to the upcoming schedule for the prospective motion to dismiss and any further amended complaint and subsequent pleadings (ECF. No. 59);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the Parties, that the Court enter the following proposed schedule:

1. Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint by November 21, 2023.

2. If Defendants move to dismiss, then Lead Plaintiff shall either file an opposition to Defendants' motion or file another amended complaint in response by December 5, 2023.

3. If Lead Plaintiff opposes the motion to dismiss, then Defendants shall file a reply memorandum, if any, by December 19, 2023.

4. If, in response to Defendants' motion to dismiss, Lead Plaintiff files another amended complaint, then Defendants shall answer, move to dismiss, or otherwise respond to that complaint by December 19, 2023, Lead Plaintiff shall oppose any motion to dismiss by January 4, 2024, and Defendants shall file a reply memorandum, if any, by January 19, 2024.

5. The Parties otherwise reserve all rights.

IT IS SO STIPULATED AND AGREED TO THIS 13th Day of November 2023.

| THE ROSEN LAW FIRM, P.A. | LATHAM & WATKINS LLP[1] |
|---|---|
| By: /s/ *Jacob A. Goldberg*<br>Jacob A. Goldberg<br>Leah Heifetz-Li<br>101 Greenwood Avenue<br>Suite 440<br>Jenkintown, PA 19046<br>Tel: (215) 600-2817<br>Fax: (212) 202-3827<br>Email: jgoldberg@rosenlegal.com<br>lheifetz@rosenlegal.com<br><br>*Attorneys for Lead Plaintiff VB PTC Establishment as Trustee of Gersec Trust* | By: /s/ *Kristin N. Murphy*<br>Kristin N. Murphy (*pro hac vice*)<br>Michele D. Johnson (*pro hac vice* forthcoming)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: 714-755-1235<br>Email: michele.johnson@lw.com<br>kristin.murphy@lw.com<br><br>Colleen C. Smith (*pro hac vice*)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Telephone: 858-523-5400<br>Email: colleen.smith@lw.com<br><br>*Attorneys for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer* |

SO ORDERED:

/s/ John G. Koeltl    11/14/23
HON. JUDGE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

---

[1] Per Southern District of New York Electronic Case Filing Rules & Instructions, Filing Rule 8.5, counsel for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer consents to electronic signature.

3