UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-07473-JGK<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE
<u>FEDERAL SECURITIES LAWS</u>**

1

**PLEASE TAKE NOTICE** that pursuant to the accompanying Memorandum of Law in Support Of Defendants' Motion To Dismiss the Amended Class Action Complaint For Violation of the Federal Securities Laws, Declaration of Kristin N. Murphy and exhibits thereto, and Request for Consideration Under the Incorporation-by-Reference Doctrine or Judicial Notice, as well as all other filings before this Court, the undersigned hereby moves this Court on behalf of Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer, before the Honorable John G. Koeltl, in Courtroom 14A of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an order dismissing the Amended Complaint Class Action Complaint For Violation of the Federal Securities Laws (Dkt. No. 55) with prejudice for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Court's November 14, 2023 order granting the Joint Stipulation and Scheduling Order (Dkt. No. 61), Plaintiff shall file any opposition to this motion by December 5, 2023, and Defendants shall file any reply by December 19, 2023.

Dated:   November 21, 2023
         San Diego, California

                                    LATHAM & WATKINS LLP

                                    By: /s/ Colleen C. Smith
                                        Colleen C. Smith (*pro hac vice*)
                                        12670 High Bluff Drive
                                        San Diego, California 92130
                                        Tel: (858) 523-5400
                                        Fax: (858) 523-5450
                                        Email: colleen.smith@lw.com

                                        Michele D. Johnson (*pro hac vice forthcoming*)
                                        Kristin N. Murphy (*pro hac vice*)
                                        650 Town Center Drive, 20th Floor

        Costa Mesa, CA 92626
        Tel: (714) 540-1235
        Fax: (714) 755-8290
        Email: michele.johnson@lw.com
        Email: kristin.murphy@lw.com

*Attorneys for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer*