**LATHAM&WATKINS LLP**

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

November 21, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Brennan v. Latch Inc. f/k/a TS Innovation Acquisition Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer,* Case No. 1:22-cv-07473-JGK-GWG

Judge Koeltl:

On behalf of Latch Inc. f/k/a TS Innovation Acquisition Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants"), and pursuant to Rule II.G. of the Court's Individual Practices, we respectfully submit this letter to request the scheduling of oral argument on Defendants' concurrently filed motion to dismiss.

Respectfully submitted,

/s/ *Colleen C. Smith*

Colleen C. Smith

cc:   All counsel of record (*via ECF*)