UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER, <br><br> Defendants. | Case No. 1:22-cv-07473-JGK-GWG <br><br> **DECLARATION OF MICHELE D. JOHNSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Michele D. Johnson, declare as follows:

1. I am a member of the law firm of Latham & Watkins LLP, and I am counsel for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of California since December 2, 1998.

4. I attach a Certificate of Good Standing from the Bar of the State of California which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any federal or state court in the United States.

7. I have never been the subject of a disciplinary sanction, and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2023

/s/ Michele D. Johnson
Michele D. Johnson