**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER,<br>GARTH MITCHELL, and BARRY SCHAFFER,<br><br>Defendants. | Case No. 1:22-cv-07473-JGK-GWG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Michele D. Johnson for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the State of California and that her contact information is as follows:

Applicant's Name: Michele D. Johnson
Firm Name: Latham & Watkins LLP
Address: 650 Town Center Drive, 20th Floor
City/State/Zip: Costa Mesa, CA 92626
Telephone: (714) 540-1235
Fax: (714) 755-8290

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2023

_____
United States District Judge John G. Koeltl