**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER, <br><br> Defendants. | Case No. 1:22-cv-07473-JGK-GWG <br><br> [PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

The motion of Michele D. Johnson for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the State of California and that her contact information is as follows:

Applicant's Name: Michele D. Johnson

Firm Name: Latham & Watkins LLP

Address: 650 Town Center Drive, 20th Floor

City/State/Zip: Costa Mesa, CA 92626

Telephone: (714) 540-1235

Fax: (714) 755-8290

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

Case 1:22-cv-07473-JGK   Document 67-3   Filed 11/22/23   Page 2 of 2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____11 / 24_____, 2023

_____
United States District Judge John G. Koeltl