UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAFFER,<br><br>Defendants. | Case No.: 1:22-cv-07473-JGK |

## JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Lead Plaintiff") and Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants," and, together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 31, 2022, plaintiff Slater Brennan filed a complaint captioned *Brennan v. Latch Inc. f/k/a TS Innovation Acquisitions Corp.*, No. 1:22-cv-07473 (JGK) (the "Complaint," ECF No. 1), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, on October 31, 2022, Lead Plaintiff moved the Court for an order (i) appointing it to serve as lead plaintiff in this action, and (ii) appointing Lead Plaintiff's selection of counsel as lead counsel for the putative class ("Lead Plaintiff Motion") (ECF No. 18);

1

WHEREAS, on January 17, 2023, the Court issued an order granting the Lead Plaintiff Motion (ECF No. 44);

WHEREAS, on October 24, 2023, Lead Plaintiff filed an amended complaint ("Amended Complaint") (ECF No. 55);

WHEREAS, on November 13, 2023, the Parties submitted a proposed scheduling order for the prospective motion to dismiss and any further amended complaint and subsequent pleadings, which the Court granted on November 14, 2023 ("Scheduling Order") (ECF Nos. 60, 61);

WHEREAS, in accordance with the Scheduling Order, Defendants moved to dismiss the Amended Complaint on November 21, 2023 and, in response, Plaintiff filed a second amended complaint on December 5, 2023, asserting claims against Defendants under Sections 10(b) and 20(a) of the Exchange Act ("Second Amended Complaint") (ECF No. 69);

WHEREAS, Defendants' motion to dismiss the SAC is due on December 19, 2023, and Plaintiff's opposition to the motion is due on January 4, 2023.  Counsel for the Parties have conferred and, given their competing schedules and the upcoming holidays, agree that a one-week extension for each Party to prepare their opening briefs is reasonable and warranted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the Parties, that the Court enter the following proposed schedule:

1. Defendants shall file a motion to dismiss the Second Amended Complaint by December 28, 2023.

2. Lead Plaintiff shall file an opposition to the motion to dismiss by January 18, 2024.

3. Defendants shall file a reply memorandum in support of the motion to dismiss by February 1, 2024.

2

4. The Parties otherwise reserve all rights.

IT IS SO STIPULATED AND AGREED TO THIS 14th Day of December 2023.

| **THE ROSEN LAW FIRM, P.A.**[1] | **LATHAM & WATKINS LLP** |
|---|---|
| By: /s/ *Jacob A. Goldberg* <br> Jacob A. Goldberg <br> Leah Heifetz-Li <br> 101 Greenwood Avenue <br> Suite 440 <br> Jenkintown, PA 19046 <br> Tel: (215) 600-2817 <br> Fax: (212) 202-3827 <br> Email: jgoldberg@rosenlegal.com <br> lheifetz@rosenlegal.com <br><br> *Attorneys for Lead Plaintiff VB PTC Establishment as Trustee of Gersec Trust* | By: /s/ *Kristin N. Murphy* <br> Kristin N. Murphy (*pro hac vice*) <br> Michele D. Johnson (*pro hac vice*) <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626-1925 <br> Telephone: 714-755-1235 <br> Email: michele.johnson@lw.com <br> kristin.murphy@lw.com <br><br> Colleen C. Smith (*pro hac vice*) <br> 12670 High Bluff Drive <br> San Diego, CA 92130 <br> Telephone: 858-523-5400 <br> Email: colleen.smith@lw.com <br><br> *Attorneys for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer* |

SO ORDERED:

_____
HON. JUDGE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

---

[1] Per Southern District of New York Electronic Case Filing Rules & Instructions, Filing Rule 8.5, counsel for Lead Plaintiff VB PTC Establishment as Trustee of Gersec Trust consents to electronic signature.