**Colleen C. Smith**
Direct Dial: +1.858.523.3985
colleen.smith@lw.com

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

December 28, 2023

<u>VIA ECF</u>

The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>*Brennan v. Latch Inc. f/k/a TS Innovation Acquisition Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer*</u>, Case No. 1:22-cv-07473-JGK, Request for Oral Argument

Dear Judge Koeltl:

On behalf of Latch Inc. f/k/a TS Innovation Acquisition Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer (collectively, "Defendants"), and pursuant to Rule II.G. of the Court's Individual Practices, we respectfully submit this letter to request the scheduling of oral argument on Defendants' concurrently filed motion to dismiss.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Colleen C. Smith*
Colleen C. Smith (admitted *pro hac vice*)
of LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)