**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br><br>        Defendants. | Case No. 1:22-cv-07473-JGK |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT <u>FOR VIOLATION OF THE FEDERAL SECURITIES LAWS</u>**

Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants") respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision from the United States Supreme Court that further supports Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Violation of the Federal Securities Laws ("Motion") (ECF No. 72). A copy of the Supreme Court's holding in *Macquarie Infrastructure Corp. v. Moab Partners, L.P.*, 601 U.S. __, No. 22-1165, 2024 WL 1588706 (Apr. 12, 2024) is attached hereto as Exhibit A.

As previewed in Defendants' Motion (Mot. at 18, n.3), the decision is instructive as to Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust's claim that Defendants violated Item 303 of SEC Regulation S-K, "and thus Section 10(b) of the Exchange Act," by "failing to disclose the effects of 'channel stuffing' programs." ECF No. 69 ¶¶ 74-77. The Supreme Court unanimously held that the alleged failure to disclose information required by Item 303 "cannot" support a private action under Section 10b-5 of the Securities Exchange Act of 1934 (and Rule 10b-5 thereunder). *Macquarie*, 2024

WL 1588706, at *2.  For the same reasons the Supreme Court articulated in *Macquarie*, the Court should

dismiss Plaintiff's Item 303 challenge.


Dated:   April 26, 2024
         San Diego, California

                                        LATHAM & WATKINS LLP

                                        */s/ Colleen C. Smith*
                                        Colleen C. Smith (*pro hac vice*)
                                        12670 High Bluff Drive
                                        San Diego, California 92130
                                        Tel: (858) 523-5400
                                        Fax: (858) 523-5450
                                        Email: colleen.smith@lw.com

                                        Michele D. Johnson (*pro hac vice)*
                                        Kristin N. Murphy (*pro hac vice*)
                                        650 Town Center Drive, 20th Floor
                                        Costa Mesa, CA 92626
                                        Tel: (714) 540-1235
                                        Fax: (714) 755-8290
                                        Email: michele.johnson@lw.com
                                        Email: kristin.murphy@lw.com

                                        *Attorneys for Defendants Latch, Inc. f/k/a TS*
                                        *Innovation Acquisitions Corp., Luke*
                                        *Schoenfelder, Garth Mitchell, and Barry*
                                        *Schaeffer*