```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SLATER BRENNAN,

              Plaintiff,

- against -

LATCH, INC., ET AL.,

              Defendants.

22-cv-7473 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on **September 13, 2024, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           August 9, 2024

                                        John G. Koeltl
                                  United States District Judge