UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLATER BRENNAN,

              Plaintiff,

- against -

LATCH, INC., ET AL.,

              Defendants.

---

22-cv-7473 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In response to the parties' request for an adjournment of the argument on the motion to dismiss (ECF No. 86), argument is adjourned to **September 23, 2024** at **2:30 p.m.** in Courtroom 14A.

    The Clerk is directed to close ECF Nos. 66, 76, and 86.

SO ORDERED.

Dated:    New York, New York
            September 6, 2024

                                      John G. Koeltl
                                 United States District Judge