**Kristin N. Murphy**
Direct Dial: +1.714.755.8287
kristin.murphy@lw.com

650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Tel: +1.714.540.1235  Fax: +1.714.755.8290
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

September 18, 2024

**<u>VIA ECF</u>**

The Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Brennan v. Latch Inc., et al.*, Case No. 1:22-cv-07473-JGK-GWG

Dear Judge Koeltl:

We represent Defendants Latch Inc. f/k/a TS Innovation Acquisition Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer ("Defendants") in the above-captioned action. During yesterday's conference, the Court asked the parties how to treat Defendants' pending Motion to Dismiss the operative complaint (ECF No. 72) ("Motion") in light of the parties' settlement in principle. After conferring with Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Plaintiff"), Defendants agree to withdraw the Motion without prejudice with the understanding that they may refile the Motion in the event the settlement is not finalized or not approved by the Court. Plaintiff informed Defendants that it agrees with this approach.

Consistent with the parties' discussion with the Court during yesterday's conference, the parties respectfully request that the Court stay all proceedings in this action through, at least, October 31, 2024, and remove from the Court's calendar the oral argument on Defendants' Motion currently scheduled for Monday, September 23, 2024. The parties will submit a status report to the Court if the proposed settlement papers are not filed by October 31, 2024.

We are available to answer any further questions the Court may have.

Very truly yours,

Kristin N. Murphy (admitted *pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All counsel of record (via ECF)