UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLATER BRENNAN,

                Plaintiff,

    - against -

LATCH, INC., ET AL.,

                Defendants.

22-cv-7473 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In accordance with the parties' agreement, the pending motion to dismiss (ECF Nos. 62 and 72) is withdrawn without prejudice. See ECF No. 89.

The argument scheduled for September 23, 2024, is canceled. This case is stayed until further order of the Court. The parties should submit a proposed settlement agreement or a status report by **October 31, 2024.**

The Clerk is respectfully requested to close all pending motions.

SO ORDERED.

Dated:    New York, New York
            September 19, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge