## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>　　Defendants. | Case No. 1:22-cv-07473-JGK |

　　PLEASE TAKE NOTICE that Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable John G. Koeltl, United States District Judge of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 14A, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; and (5) scheduling a Settlement Hearing and deadlines for Notice to Settlement Class Members, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiff's motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

Dated: November 12, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*