```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------

SLATER BRENNAN,

                Plaintiff,        22-cv-7473 (JGK)

    - against -                ORDER

LATCH, INC., ET AL.,

                Defendants.

---------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The lead plaintiff, VP PTC Establishment as Trustee of Gersec Trust, has moved for entry of an Order preliminarily certifying the Settlement Class for purposes of settlement, preliminarily approving the terms of the settlement, and for other relief (ECF No. 92).

    Any responses or objections to the motion must be filed by **December 6, 2024**. Any reply must be filed by **December 20, 2024**.

    The Court will hold a hearing on **January 16, 2025, at 4:30 p.m.** in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    New York, New York
           November 17, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge