**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 7, 2025

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:   *Brennan v. Latch, Inc., et al.*
      1:22-cv-7473 – Withdrawal of Adam Shamah

Dear Judge Koeltl:

      I respectfully request permission to withdraw as counsel for Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp., Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer (collectively the "Defendants") in the above-referenced case. I represent Defendants in this matter along with Colleen C. Smith, Michele D. Johnson, and Kristin N. Murphy of Latham & Watkins LLP. Effective February 7, 2025, I will no longer be an associate with Latham & Watkins LLP.

      Latham & Watkins LLP will continue to represent Defendants in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Defendants and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

/s/ Adam B. Shamah
Adam B. Shamah

cc: All Counsel of Record (via CM/ECF)