**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>    Defendants. | Case No. 1:22-cv-07473-JGK |

PLEASE TAKE NOTICE that on May 28, 2025 at 4:30 p.m., or as soon thereafter as the parties can be heard, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, Courtroom 14A, Plaintiff will and hereby does move the Court, the Hon. John G. Koeltl, for an award of attorneys' fees, reimbursement of expenses, and award to Plaintiff.

Plaintiff bases this Motion upon this Notice of Motion and Motion, the accompanying Memorandum of Law, the accompanying Declaration of Jacob A. Goldberg In Support of Plaintiff's Motion For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Plaintiff, the Exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this Motion.

Dated: April 16, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
        lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and
the Class*

**SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*