# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>Defendants. | Case No. 1:22-cv-07473-JGK<br><br>**Declaration of Michael Higgins, Director of VP PTC Establishment as Trustee of Gersec Trust, in Support of Unopposed Motion for Final Approval of Settlement** |

I, Michael Higgins, declare as follows:

1. I am the director of Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Lead Plaintiff") in this Action.

2. I respectfully submit this declaration in support of: (i) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request of a service award in the amount of $5,000 to Lead Plaintiff for its representation of the Settlement Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

3. I have been involved in this Action since VP PTC Establishment as Trustee of Gersec Trust moved to serve as Lead Plaintiff on October 31, 2022.

4. I have worked with Lead Counsel regarding all aspects of the litigation and resolution of this case. I have been in regular contact with Lead Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Lead Counsel on case developments. I reviewed both amended complaints in this action, as well as motion to dismiss briefs. I actively participated in the negotiation of the settlement of this case.

5.    I have done my best to promote the interests of the Settlement Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation.

6.    While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Lead Counsel's requested fee of one third of the Settlement Amount, plus interest, and requested expense reimbursement is fair and reasonable in light of the work performed on behalf of the Settlement Class.

7.    In sum, I respectfully request that the court approve the Settlement; approve a service award for me for the time that I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _7 Apr 2025_

_____
Michael Higgins

2