**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLATER BRENNAN, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>LATCH, INC. f/k/a TS INNOVATION ACQUISITIONS CORP., LUKE SCHOENFELDER, GARTH MITCHELL, and BARRY SCHAEFFER,<br><br>            Defendants. | Case No. 1:22-cv-07473-JGK |

**DECLARATION OF KRISTIN N. MURPHY CONCERNING NOTICE UNDER CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

I, Kristin N. Murphy declare and state as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP, and am counsel of record for Defendants Latch, Inc. ("Latch"), Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer (collectively, "Defendants") in this action. I am admitted to the Bar of the State of California and have been admitted by this Court *pro hac vice* in the above-captioned action. I have personal knowledge of the facts in this Declaration and, if called upon, could and would testify competently thereto.

2.     Pursuant to Paragraph 18 of the Order Preliminarily Approving Settlement (ECF No. 100), dated January 17, 2025, Defendants were required to "serve any notice required under the Class Action Fairness Act, 28 U.S.C. §§ 1715 *et seq.* ("CAFA"), no later than ten (10) calendar days after the Stipulation has been filed with the Court."

3.     On November 22, 2024, Defendants served the notice required by 28 U.S.C. § 1715 ("Notice") via certified mail to the Attorney General of the United States and the various attorneys-

general for all 50 states, the District of Columbia, the Commonwealth of Puerto Rico, and the territories of the United States Virgin Islands, American Samoa, Guam, and the Northern Mariana Islands, except that a copy of the Notice was sent by email to the Office of the Attorney General of the State of Connecticut at (AG.CAFA@CT.GOV), as directed by the website maintained by that office.  A copy of the Notice is attached to this Declaration as **Exhibit A**.

4.    As set forth in Exhibit A, and in conformity with the requirements of CAFA, materials were appended to the Notice, including: (1) the Complaint (ECF No. 1), Amended Complaint (ECF No. 55), and Second Amended Complaint (ECF No. 69) (*see* 28 U.S.C. § 1715(b)(1)); (2) Lead Plaintiff's Motion (ECF No. 92), [Proposed] Order Preliminarily Approving Proposed Settlement (ECF No. 92-1), and Memorandum of Law in Support of Plaintiff's Motion (ECF No. 93) (*see* 28 U.S.C. § 1715(b)(4)); (3) the Declaration of Leah Heifetz-Li in support of the Unopposed Motion for Preliminary Approval of Settlement (ECF No. 96-1) and a copy of the Stipulation and Agreement of Settlement (Exhibit A, ECF No. 96-2) and accompanying exhibits, including (a) Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-1) (ECF No. 96-3); (b) Proof of Claim and Release (Exhibit A-2) (ECF No. 96-4); (c) Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-3) (ECF No. 96-5); and (d) [Proposed] Final Approval Order (ECF No. 96-6) (*see* 28 U.S.C. § 1715(b)(3)-(5)).

I declare under penalty of perjury that the forgoing is true and correct.

Executed at Costa Mesa, California on May 21, 2025.

_____
Kristin N. Murphy
LATHAM & WATKINS LLP

2