# EXHIBIT A

650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Tel: +1.714.540.1235
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

Austin          Milan
Beijing         Munich
Boston          New York
Brussels        Orange County
Century City    Paris
Chicago         Riyadh
Dubai           San Diego
Düsseldorf      San Francisco
Frankfurt       Seoul
Hamburg         Silicon Valley
Hong Kong       Singapore
Houston         Tel Aviv
London          Tokyo
Los Angeles     Washington, D.C.
Madrid

November 22, 2024

**BY FIRST CLASS MAIL**

U.S. Attorney General Merrick B. Garland
Office of the Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

The Honorable State Attorneys General
on the Enclosed Service List

      Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715:
               *Brennan v. Latch, Inc., et al.*, Case No. 1:22-cv-07473-JGK-GWG

To Whom It May Concern,

We represent Defendants Latch, Inc. f/k/a TS Innovation Acquisitions Corp. ("Latch"), Luke Schoenfelder, Garth Mitchell, and Barry Schaeffer (collectively, "Defendants") in the above-captioned matter. Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendants hereby provide notice of a proposed class action settlement in the above-captioned matter ("Settlement").

The above-captioned matter is a class action brought on behalf of all persons and entities who, between June 7, 2021 and August 1, 2023, inclusive (the "Class Period"), purchased or otherwise acquired Latch common stock ("Settlement Class Members"). Excluded from the Settlement Class are: (a) Defendants; (b) any person who was an officer or director of Latch and its affiliates and subsidiaries during the Class Period, their Immediate Family members and their legal representatives, heirs, successors or assigns; (c) any entity in which Defendants have or had a controlling interest; and (d) any persons or entities who or which exclude themselves by submitting a timely and valid request for exclusion that is accepted by the Court.

On November 12, 2024, Lead Plaintiff VP PTC Establishment as Trustee of Gersec Trust ("Lead Plaintiff"), on behalf of itself and all others similarly situated, filed an Unopposed Motion for Preliminary Approval of Settlement ("Motion") in the United States District Court for the Southern District of New York (the "District Court"), seeking an order: (1) preliminarily certifying the Settlement Class for the purposes of Settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"); (3) approving the form and method for providing notice of the Settlement; and (4) scheduling a settlement hearing and deadlines for notice to Settlement Class Members, the filing of objections, the filing of opt-out notices, the filing of Lead Plaintiff's Motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses. The Settlement

includes a cash payment of $1,950,000 to be made by Latch and/or its carriers, subject to the District Court's authorization, for the benefit of the Settlement Class. The Settlement was reached as a result of good faith, arm's-length negotiations by sophisticated and experienced counsel over the course of several months.

Lead Plaintiff's Motion is currently scheduled for a hearing in the District Court on January 16, 2025. *See 28* U.S.C. § 1715(b)(2). The District Court has not entered any judicial opinion regarding the settlement or any papers filed in connection with the settlement. *Id.* § 1715(b)(8). Any further filings in the above-captioned action will be posted on the electronic filing section of the website for the District Court, which can be accessed at https://ecf.nysd.uscourts.gov. Additional information regarding the Settlement will be available on the website maintained by Lead Plaintiff's counsel and its claims administrator, at www.strategicclaims.net/latch.

Enclosed please find a disc, which contains the following materials:

1. The Complaint (ECF No. 1), Amended Complaint (ECF No. 55), and Second Amended Complaint (ECF No. 69) (*see* 28 U.S.C. § 1715(b)(1));

2. Lead Plaintiff's Motion (ECF No. 92), [Proposed] Order Preliminarily Approving Proposed Settlement (ECF No. 92-1), and Memorandum of Law in Support of Plaintiff's Motion (ECF No. 93) (*see* 28 U.S.C. § 1715(b)(4));

3. Declaration of Leah Heifetz-Li filed in support (ECF No. 96-1) and a copy of the Stipulation (Exhibit A) (ECF No. 96-2) and accompanying exhibits, which detail Class Members' rights to request exclusion from the Class (*see* 28 U.S.C. § 1715(b)(3)-(5)), including:

   a. Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-1) (ECF No. 96-3);

   b. Proof of Claim and Release (Exhibit A-2) (ECF No. 96-4);

   c. Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-3) (ECF No. 96-5); and

   d. [Proposed] Final Approval Order (ECF No. 96-6).

Defendants have committed to assist Lead Plaintiff's counsel and the claims administrator with identifying Settlement Class Members. It is not possible to estimate the proportionate share of the claims of Settlement Class Members in each state because the portion of the Settlement fund each class member will receive depends on whether and when they sold their shares, as well as the number and nature of claims submitted by other Class Members. The enclosed Notice describes the Plan of Allocation proposed by counsel for Lead Plaintiff and the Settlement Class, subject to court approval. *See* 28 U.S.C. § 1715(b)(7).

Defendants also advise you that the parties executed a Confidential Supplemental Agreement to Stipulation and Agreement of Settlement ("Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which the Defendants shall have the option to terminate the Settlement and render the Stipulation void. The parties have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]knowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial. Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

Any correspondence on the proposed settlement should be sent no later than 90 days from the date of this letter to the Office of the Clerk of the Court, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007. Copies of any such correspondence should also be sent to the following addresses:

| *Counsel for Lead Plaintiff and the Class* | *Counsel for Defendants* |
|---|---|
| The Rosen Law Firm, P.A. | Latham & Watkins LLP |
| Jacob A. Goldberg, Esq. | Kristin N. Murphy, Esq. |
| Leah Heifetz-Li, Esq. | Jordan Mundell, Esq. |
| jgoldberg@rosenlegal.com | kristin.murphy@lw.com |
| lheifetz@rosenlegal.com | jordan.mundell@lw.com |
| 101 Greenwood Ave., Suite 440 | 650 Town Center Dr. #20 |
| Jenkintown, PA 19046 | Costa Mesa, CA 92626 |

Please feel free to contact me if you have any questions about the settlement or the underlying lawsuit.

Sincerely,

*/s/ Kristin N. Murphy*

Kristin N. Murphy
of LATHAM & WATKINS LLP

3

## <u>SERVICE LIST</u>

Steve Marshall
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36104

Treg Taylor
Attorney General
State of Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994

Kris Mayes
Office of the Attorney General
State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-2926

Tim Griffin
Office of the Attorney General
State of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201-2610

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Phil Weiser
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

William Tong
Office of the Attorney General
State of Connecticut
AG.CAFA@CT.GOV

Kathy Jennings
Office of the Attorney General
Delaware Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE 19801

Brian Schwalb
Office of the Attorney General
District of Columbia
400 6th Street NW
Washington, DC 20001

Ashley Moody
Office of the Attorney General
State of Florida
The Capital PL-01
Tallahassee, FL 32399-1050

Christopher M. Carr
Office of the Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

Douglas Moylan
Office of the Attorney General
ITC Building
590 S. Marine Corps Dr., Ste. 901
Tamuning, Guam 96913

Annie Lopez
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813

Raúl Labrador
State of Idaho
Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-0010

Kwame Raoul
State of Illinois
Office of the Attorney General
500 South Second Street
Springfield, IL 62701

Todd Rokita
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Brenna Bird
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Kris Kobach
Office of the Attorney General
State of Kansas
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

Russell Coleman
Office of the Attorney General
Commonwealth of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Louisiana Attorney General's Office
Consumer Protection Section
1885 N. Third St., 4th Floor
Baton Rouge, LA 70802

Aaron Frey
Office of the Attorney General
State of Maine
6 State House Station
Augusta, ME 04333

Anthony G. Brown
Office of the Attorney General
State of Maryland
200 St. Paul Place
Baltimore, MD 21202

Office of Massachusetts Attorney General
Andrea Joy Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA 02108

Dana Nessel
Michigan Department of Attorney General
P.O. Box 30212
525 W. Ottawa Street
Lansing, MI 48909

Keith Ellison
Office of the Attorney General
State of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

Lynn Fitch
Office of the Attorney General
State of Mississippi
PO Box 220
Jackson, MS 39205

Andrew Bailey
Office of the Attorney General
State of Missouri
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

4

Austin Knudsen
Office of the Attorney General
Montana Department of Justice
215 N. Sanders St.
Helena, MT 59601

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

CAFA Coordinator
Office of the New York State Attorney
    General
28 Liberty Street, 15th Floor
New York NY 10005

Dave Yost
Office of the Attorney General
State of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215

Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Edward Manibusan
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Administrative Building
P.O. Box 10007
Saipan MP 96950-8907

Jonathan Skrmetti
Office of Attorney General and Reporter
State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Charity R. Clark
Office of Attorney General
State of Vermont
109 State Street
Montpelier, VT 05609-1001

Robert Ferguson
Office of Attorney General
State of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504

Mike Hilgers
Nebraska Attorney General's Office
PO Box 98290
Lincoln, NE 68509-8920

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 080
Trenton, NJ 08625-0080

Joshua Stein
Office of the Attorney General
State of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Gentner Drummond
Office of the Attorney General
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Domingo Emanuelli Hernández
Secretary of Justice
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Alan Wilson
Office of Attorney General
State of South Carolina
PO Box 11549
Columbia, SC 29211

Ken Paxton
Office of Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711-2548

Gordon C. Rhea
Office of Attorney General
Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

Patrick Morrisey
Office of Attorney General
State of West Virginia
State Capitol Complex, Bldg 1, R E-26
1900 Kanawha Blvd. E.
Charleston, WV 25305

CAFA Coordinator
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street\
Carson City, NV 89701

Raul Torrez
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Drew Wrigley
Office of the Attorney General
State of North Dakota
600 East Boulevard Avenue
Department 125
Bismarck, ND 58505-0040

Ellen F. Rosenblum
Office of the Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Peter F. Neronha
Office of Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903

Marty Jackley
Office of Attorney General
State of South Dakota
1302 E Hwy 14, Suite 1
Pierre, SD 57501-8501

Sean Reyes
Office of Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Jason Miyares
Office of Attorney General
Commonwealth of Virginia
202 North Ninth Street
Richmond, VA 23219

Josh Kaul
Office of Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI  53707-7857

Bridget Hill
Office of Attorney General
State of Wyoming
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Office of the Attorney General
Executive Office Bldg., 3rd Floor
P.O. Box 7
Pago Pago, AS 96799

Merrick B. Garland
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001